United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID STEGALL,

      Plaintiff
  v.

SAFETY-KLEEN SYSTEMS, INC.,

      Defendant
                                /

No. C-07-0886 MMC

**ORDER OF REFERRAL**

      The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to Perez v. Safety-Kleen Systems, Inc., C-05-5338 PJH.

      **IT IS SO ORDERED.**

Dated: February 13, 2007

                                              MAXINE M. CHESNEY
                                              United States District Judge