UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYMUNDO PEREZ, et al.,

    Plaintiff(s),

v.

SAFETY-KLEEN SYSTEMS, INC., et al.,

    Defendant(s).

_____/

No. C 05-5338 PJH

**ORDER DENYING MOTION FOR CLASS CERTIFICATION**

This matter came on for hearing on plaintiffs' motion for class certification on February 14, 2007. Donald Edgar and Jeremy Fietz appeared for plaintiffs; Robert Tollen, Janine Simerly, and Cassandra Carroll appeared for defendants. The court DENIES the motion for class certification for the reasons stated on the record. The denial is without prejudice to a renewed motion after the merits determination as to the applicable law. Defendant's evidentiary objections are sustained, except the objection to plaintiffs' use of their own deposition in lieu of declarations. A case management conference will be held on April 5, 2007, for this case and two cases transferred here from the Central District of California, should those cases be determined to be related to this one.

**IT IS SO ORDERED.**

Dated: February 14, 2007

PHYLLIS J. HAMILTON
United States District Judge