1  Donald S. Edgar, Esq. (SBN 139324)
   Jeremy R. Fietz, Esq. (SBN 200396)
2  EDGAR LAW FIRM
   408 College Avenue
3  Santa Rosa, California 95401
   Telephone: (707) 545-3200
4  Facsimile: (707) 578-3040

5  Barron E. Ramos, Esq. *Of Counsel* (State Bar No. 179620)
   Kristen E. Caverly, Esq.  (State Bar No. 175070)
6  HENDERSON & CAVERLY LLP
   P.O. Box 9144 (all U.S. Mail)
7  16236 San Dieguito Road, Suite 4-13
   Rancho Santa Fe, CA 92067
8  Telephone:  (858) 756-6342
   Facsimile:  (858) 756-4732
9
   Attorneys for plaintiffs and the Class
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  REYMUNDO PEREZ and JERREL DOANE, )  Case Nos.
    individually and on behalf of all others  )
    similarly situated, and on behalf of the   )  C 05-05338-PJH
15  general public                             )
                                               )  and
16            Plaintiff,                        )
       v.                                       )  C 07-00886 PJH
17                                              )
    SAFETY-KLEEN SYSTEMS, INC.,                 )
18  SAFETY-KLEEN CORP., and DOES 1             )  **CLASS ACTION**
    through 50, inclusive,                      )
19                                              )
    Defendant.                                 )  **STIPULATION TO CONSOLIDATE AND**
20                                              )  **ORDER THEREON**
    ------------------------------------------- )
21                                              )
    DAVID STEGALL, on behalf of himself,        )
22  those similarly situated and on behalf of the )  Judge: Hon. Phyllis J. Hamilton
    general public,                             )  Dept.: Courtroom 3, 17th Floor
23                                              )  450 Golden Gate Ave
             Plaintiff,                          )  San Francisco, CA
24      v.                                       )
                                               )  Trial Date: None Set
25  SAFETY-KLEEN SYSTEMS, INC., a              )
    Wisconsin Corporation, and DOES 1          )
26  through 100, inclusive,                     )
                                               )
27           Defendants.                        )
                                               )
28

It is hereby stipulated by and among the parties hereto that the Court may issue the following order:

1.    That the above captioned cases are consolidated for all purposes.

2.    All documents relating to these cases, filed subsequent to the entry of this order, shall be filed in the *Perez* matter under Case No. C 05-05338-PJH, and all documents so filed shall apply to both cases.

3.    As it is the older filed case, the parties shall utilize the caption for *Perez v. Safety-Kleen matter* on all filed documents.

4.    Each pleading shall clearly designate on its face page, immediately below the caption, that the document also applies to the *Stegall* case as follows:

"This document also applies to *Stegall v. Safety-Kleen*, Case No. C 07-00886 PJH"

SO STIPULATED:

DATED: April 13, 2007          SEYFARTH SHAW LLP
                               Robert W. Tollen
                               Janine S. Simerly

                               By_____
                               Attorneys for Defendants
                               SAFETY-KLEEN CORP.
                               SAFETY-KLEEN SYSTEMS, INC.,

DATED: April __, 2007          HENDERSON & CAVERLY LLP
                               Barron E. Ramos
                               Kristen E. Caverly

                               By_____
                               Attorneys for Plaintiffs

DATED: April ___, 2007         EDGAR LAW FIRM
                               Donald S. Edgar
                               Jeremy R. Feitz

                               By_____
                               Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: April __, 2007          _____
                               Hon. Phyllis J. Hamilton
                               United States District Judge

2

It is hereby stipulated by and among the parties hereto that the Court may issue the following order:

1.    That the above captioned cases are consolidated for all purposes.

2.    All documents relating to these cases, filed subsequent to the entry of this order, shall be filed in the *Perez* matter under Case No. C 05-05338-PJH, and all documents so filed shall apply to both cases.

3.    As it is the older filed case, the parties shall utilize the caption for *Perez v. Safety-Kleen matter* on all filed documents.

4.    Each pleading shall clearly designate on its face page, immediately below the caption, that the document also applies to the *Stegall* case as follows:

"This document also applies to *Stegall v. Safety-Kleen*, Case No. C 07-00886 PJH"

SO STIPULATED:

DATED: April __, 2007                    SEYFARTH SHAW LLP
                                         Robert W. Tollen
                                         Janine S. Simerly


                                         By_____
                                         Attorneys for Defendants
                                         SAFETY-KLEEN CORP.
                                         SAFETY-KLEEN SYSTEMS, INC.,

DATED: April 12, 2007                    HENDERSON & CAVERLY LLP
                                         Barron E. Ramos
                                         Kristen E. Caverly


                                         By_____
                                         Attorneys for Plaintiffs


DATED: April 13, 2007                    EDGAR LAW FIRM
                                         Donald S. Edgar
                                         Jeremy R. Feitz

                                         By_____
                                         Attorneys for Plaintiffs


IT IS SO ORDERED.

DATED: April 17, 2007

                                         _____
                                         Hon. Phyllis J. Hamilton
                                         United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2