SEYFARTH SHAW LLP
Robert W. Tollen (SBN 038875) rtollen@seyfarth.com
Janine S. Simerly (SBN 102361) jsimerly@seyfarth.com
Cassandra H. Carroll (SBN 209123) ccarroll@seyfath.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
SAFETY-KLEEN SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYMUNDO PEREZ and JERREL DOANE, individually and on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiffs<br><br>v.<br><br>SAFETY-KLEEN SYSTEMS, INC., SAFETY-KLEEN CORP., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 05-05338 PJH<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND** ~~PROPOSED~~ **ORDER** |

On June 29, 2007, the Court scheduled a further case management conference for August 2, 2007 at 2:30 p.m.

The parties agree and hereby stipulate to continue the further case management conference until August 16, 2007 at 2:30 p.m. The parties further agree to submit a further joint case management conference statement on or before August 9, 2007, one week prior to the further case management conference.

1

1  Good cause exists for this request to continue the further case management conference
2  because Defendant's counsel is unavailable to appear on August 2, 2007, the date previously set
3  by the Court.

4

5  DATED: July 13, 2007

    SEYFARTH SHAW LLP
6      Robert W. Tollen
    Janine S. Simerly
7

8  By *Cassandra H. Carroll*
    Attorneys for Defendant
9      SAFETY-KLEEN CORP.

10  DATED: July __, 2007

    HENDERSON & CAVERLY LLP
    Barron E. Ramos
11      Kristen E. Caverly

12

13  By _____
    Attorneys for Plaintiff
    REYMUNDO PEREZ AND JERREL DOANE

14  DATED: July 13, 2007

    THE EDGAR LAW FIRM
15      Donald S. Edgar
    Jeremy R. Fietz
16

17  By _____
    Attorneys for Plaintiff
18      REYMUNDO PEREZ AND JERREL DOANE

19  IT IS SO ORDERED.

20

21  DATED: July __, 2007

22      _____
    Hon. Phyllis J. Hamilton
    United States District Judge

2

Stipulation And Proposed Order- Case No. CV 05-05338 PJH

SF1 28288491.1 / 13215-000049

1  Good cause exists for this request to continue the further case management conference
2  because Defendant's counsel is unavailable to appear on August 2, 2007, the date previously set
3  by the Court.

5  DATED: July __, 2007            SEYFARTH SHAW LLP
                                   Robert W. Tollen
6                                  Janine S. Simerly

8                                  By_____
                                   Attorneys for Defendant
9                                  SAFETY-KLEEN CORP.

10 DATED: July 13, 2007            HENDERSON & CAVERLY LLP
                                   Barron E. Ramos
                                   Kristen E. Caverly

12                                 By_____
                                   Attorneys for Plaintiff
13                                 REYMUNDO PEREZ AND JERREL DOANE

14 DATED: July __, 2007            THE EDGAR LAW FIRM
                                   Donald S. Edgar
15                                 Jeremy R. Fietz

17                                 By_____
                                   Attorneys for Plaintiff
18                                 REYMUNDO PEREZ AND JERREL DOANE

IT IS SO ORDERED.

21 DATED: July 24, 2007

22                                 _____
                                   Hon. Phyllis J. Hamilton

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

2

Stipulation And Proposed Order - Case No. CV 05-05338 PJH

SF1 28288491.1 / 13215-000049