UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYMUNDO PEREZ, et al.,

        Plaintiff(s),

      v.

SAFETY-KLEEN SYSTEMS, INC., et al.,

        Defendant(s).

_____/

No. C 05-5338 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for discovery purposes.

      The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

      IT IS SO ORDERED.

Dated:  December 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  Wings, Assigned M/J, counsel of record