UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYMUNDO PEREZ, et al.,

    Plaintiffs,

    v.

SAFETY-KLEEN SYSTEMS, INC., et al.,

    Defendants.

No. C 05-5338 PJH

**ORDER CONTINUING DISCOVERY CUTOFF AND CLASS CERTIFICATION DATES**

Before the court is plaintiffs' motion to continue the pretrial deadlines currently set for discovery cutoff and class certification filings. Having reviewed plaintiffs' motion and defendant's qualified opposition thereto, the court hereby GRANTS plaintiffs' request, as follows: the discovery cutoff date and the deadline for filing plaintiffs' motion for class certification are continued, in order to allow the parties additional time to resolve outstanding discovery disputes. However, plaintiffs must file a motion to compel with respect to those outstanding disputes no later than January 17, 2008. Within one week of the Magistrate Judge's resolution of the outstanding disputes, the parties shall file with this court a joint stipulation setting forth proposed deadlines with respect to the filing of both class certification and dispositive motions, and proposing a briefing schedule with respect to same. The court will then rule on the parties' stipulated proposal.

**IT IS SO ORDERED.**

Dated: January 7, 2008

                                          PHYLLIS J. HAMILTON
                                          United States District Judge