# SEYFARTH
## ATTORNEYS SHAW LLP

560 Mission Street, Suite 3100
San Francisco, California 94105
(415) 397-2823
fax (415) 397-8549
www.seyfarth.com

Writer's direct phone
(415) 544-1024

Writer's e-mail
rtollen@seyfarth.com

March 27, 2008

**VIA ELECTRONIC FILING**

Hon. Phyllis J. Hamilton
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Perez et al. v. Safety-Kleen* - No. C 05-5338 PJH (JL)
              Discovery Matter

Your Honor:

    As a follow-up to my letter of February 12, and subject to the Court's approval, the parties have agreed between themselves on the following schedule for Safety-Kleen's motion for summary judgment and for plaintiffs' simultaneous motion for class certification:

| | |
|---|---|
| Opening papers | Wed. May 7 |
| Oppositions | Wed. May 28 |
| Replies | Wed. June 11 |
| Hearing | Wed. July 2 |

Among other things, we provided for 21 days, instead of 14 days, between the reply briefs and the hearing in view of the Court's being away during the week of June 9.

    For me personally, the only matter that might interfere with this schedule is my call for jury duty on April 25. In the unlikely event, it develops into a problem, I will contact everyone.

Very truly yours,

SEYFARTH SHAW LLP

Robert W. Tollen

Robert W. Tollen



IT IS SO ORDERED
Judge Phyllis J. Hamilton
RWT

4/10/08

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA