United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAMBOLDT,

    Plaintiff,

    v.

SAFETY-KLEEN SYSTEMS, et al.,

    Defendants.
_____/

REYMUNDO PEREZ, et al.,

    Plaintiffs,

    v.

SAFETY-KLEEN SYSTEMS, INC., et al.,

    Defendants.
_____/

No. C 07-0884 PJH
No. C 05-5338 PJH

**NOTICE AND ORDER**

    The court is in receipt of the latest round of letters filed by defense counsel, in which defense counsel complains of plaintiff's purported mischaracterization of arguments and the unauthorized filing of a reply brief. These letters are only the latest missives to be fired in the parties' persistent campaign to lodge their grievances with each other via informal letters and filings that beg the court's immediate assistance in one form or another.

    If the court's prior rulings or dealings with counsel in the above-referenced cases have led counsel to believe that they are free to correspond informally with the court at will, or at the slightest provocation of opposing counsel, they are mistaken. Indeed, to the extent that counsel believe that the submission of informal letters to the court is appropriate under *any* circumstances not explicitly authorized by the court, they are mistaken.

The parties are hereby instructed to CEASE and DESIST all such correspondence with the court. In the event an issue arises that counsel *in good faith* believe cannot be resolved by the parties without the assistance of the court, the parties may seek resolution of that issue in one of three ways contemplated by the local rules and this court's standing order: (1) they may file a properly noticed formal motion; (2) they may file an informal request for administrative relief; or (3) they may contact the undersigned's courtroom deputy and request that a further case management conference be set in order to address the issue. These are the only options available to the parties.

**IT IS SO ORDERED.**

Dated: July 10, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge