UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYMUNDO PEREZ, *et al.*, | No. C-05-5338 PJH (EMC) |
| Plaintiffs, | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE (RE ATTORNEY'S FEES AND COSTS)** |
| SAFETY-KLEEN SYSTEMS, INC., *et al.*, | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **January 6, 2009, at 9:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. As previously stated at the December 1, 2008 Settlement Conference, Plaintiffs Reymundo Perez and Jerrel Doane are not required to attend this Further Settlement Conference.

♦ **Brief Settlement Conference statements -- concerning the parties' respective positions of attorney's fees and costs -- shall be lodged by hard copy only with Judge Chen's Chambers by 4:00 p.m., December 30, 2008.  Statements shall not be electronically filed.**

Additionally, Plaintiffs' counsel shall provide to the Court at the January 6, 2009 Further Settlement Conference copies of timesheets highlighting any time spent on Section 226 claim.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated: December 3, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge