United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYMUNDO PEREZ, *et al.*, | No. C-05-5338 PJH (EMC) |
| Plaintiffs, | |
| v. | **ORDER RE FURTHER SETTLEMENT CONFERENCE** |
| SAFETY-KLEEN SYSTEMS, INC., *et al.*, | |
| Defendants. | |
| _____/ | |

By February 6, 2009, Plaintiffs shall send to opposing counsel and the Court copies of their summary judgment and class certification briefs, Case Management Conference (CMC) statements, deposition transcripts and written discovery requests within which portions reasonably related to the prosecution of the wage statement claim are highlighted. Plaintiffs will also provide an estimate of total attorney hours devoted to travel time for each of the hearings on the motion for summary judgment, class certifications, and CMCs, and for each deposition in which time for the wage state issue is claimed.

By February 17, 2009, Defendants shall send to opposing counsel and the Court Plaintiffs' submissions of February 6, 2009, but similarly highlight in a **different** color those portions Defendants claim are reasonably related to the prosecution of the wage statement claim.

///

///

///

///

The Court will then contact counsel by telephone to discuss the Court's views and further settlement discussions.

All submissions as directed herein shall remain confidential as part of settlement discussions and may not be used for litigation purposes.

IT IS SO ORDERED.

Dated: January 6, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

2