| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Robert W. Tollen (SBN 038875) rtollen@seyfarth.com |
| 2 | Kevin John Lesinski (SBN 110862) klesinski@seyfarth.com |
| | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | Attorneys for Defendant |
| | SAFETY-KLEEN SYSTEMS, INC. |
| 6 | |
| | EDGAR LAW FIRM |
| 7 | Donald S. Edgar, Esq. (SBN 139324) |
| | Jeremy R. Fietz, Esq. (SBN 200396) |
| 8 | 408 College Avenue |
| | Santa Rosa, California 95401 |
| 9 | Telephone: (707) 545-3200 |
| | Facsimile: (707) 578-3040 |
| 10 | |
| | BARRON E. RAMOS (SBN 179620) |
| 11 | Attorney at Law, a professional corporation |
| | 132 N. El Camino Real, No. 303 |
| 12 | Encinitas, California 92924 |
| | Tel: 858-340-6019 |
| 13 | Fax: 760-994-1354 |
| 14 | HENDERSON & CAVERLY LLP |
| | Kristen E. Caverly (SBN 175070) |
| 15 | P.O. Box 9144 |
| | 16236 San Dieguito Road, Suite 4-13 |
| 16 | Rancho Santa Fe, CA 92067 |
| | Telephone: (858) 756-6342 |
| 17 | Facsimile: (858) 756-4732 |
| 18 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | REYMUNDO PEREZ and JERREL ) | Case No. C 05-05338 PJH |
| 22 | DOANE, individually and on behalf of others ) similarly situated and on behalf of the general ) | **STIPULATION AND P~~ROPOSE~~D ORDER** |
| 23 | public, ) ) | **VACATING PRE-TRIAL AND TRIAL DATES AND SETTING CASE** |
| 24 | Plaintiffs, ) ) | **MANAGEMENT CONFERENCE** |
| 25 | v. ) ) | |
| 26 | SAFETY-KLEEN SYSTEMS, INC., a ) Wisconsin corporation, and DOES 1 through ) | |
| 27 | 100, inclusive, ) ) | |
| 28 | Defendant. ) ) | |

1

STIP. AND PROP. ORDER VACATING PRE-TRIAL AND TRIAL DATES AND SETTING CMC -
Case Nos. 05-05338 PJH

1  Trial is presently scheduled for April 13, 2009.  The first pre-trial event is to meet and confer regarding a pretrial conference statement no later than February 7, 2009.

In settlement conferences with Magistrate Judge Edward Chen, the parties have settled all matters presently scheduled for trial, with the sole exception of the matter of attorney's fees to the prevailing party.  Doc. 175.  The parties are continuing to work with Magistrate Judge Chen on the matter of attorney's fees.  Docs. 177, 179.  In the event the parties are unable to resolve their dispute over attorney's fees, plaintiffs would move the Court for an award of attorney's fees, and the parties would brief the motion.  Accordingly, the parties agree that the present dates for trial and pretrial proceedings should be vacated, and they so stipulate.

The settlement provides for a recovery by the class on plaintiffs' Labor Code § 226 claim (itemized wage statement).  Pursuant to Fed.R.Civ. Proc 23, the settlement will need to be presented to the Court for preliminary and final approval.  Plaintiffs wish the motion for preliminary approval to proceed regardless of the status of the settlement discussions concerning attorney's fees, as the settlement of the Labor Code § 226 claim is not contingent on resolution of the fee dispute.  Defendant believes the motion for preliminary approval should include the matter of attorney's fees and that, accordingly, the motion should await resolution of the attorney's fees dispute.  For the purpose of resolving that particular dispute, the parties request a further case management conference to be held on Thursday, January 29, 2009, at 2:30 p.m., or on such date and time as mutually convenient.   In the event, the matter of attorney's fees is settled before the case management conference, the parties will so notify the court.

DATED: January 13, 2009                    SEYFARTH SHAW LLP

　　　　　　　　　　　　　　　　　　　　　　　　　 */S/ Robert W. Tollen*
　　　　　　　　　　　　　　　　　　　　　　　　Robert W. Tollen
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　SAFETY-KLEEN SYSTEMS, INC.

DATED: January 13, 2009      EDGAR LAW FIRM
THE LAW OFFICE OF BARRON RAMOS
HENDERSON & CAVERLY

                                 */S/ Jeremy R. Fietz*
                                 Jeremy R. Fietz
                                 Attorneys For Plaintiffs
                                 STEVEN WAMBOLDT, et al.

IT IS SO ORDERED.

Case Management Conference is set for June 29, 2009, at 2:30 p.m.

DATED: 1/14/09

                                 JUDGE OF THE UNITED STATES DISTRICT COURT
                                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

SF1 28344153.1 / 13215-000049