1 | SEYFARTH SHAW LLP
Robert W. Tollen (SBN 038875) rtollen@seyfarth.com
2 | Kevin John Lesinski (SBN 110862) klesinski@seyfarth.com
560 Mission Street, Suite 3100
3 | San Francisco, California 94105
Telephone: (415) 397-2823
4 | Facsimile: (415) 397-8549

5 | Attorneys for Defendant
SAFETY-KLEEN SYSTEMS, INC.
6
EDGAR LAW FIRM
7 | Donald S. Edgar, Esq. (SBN 139324)
Jeremy R. Fietz, Esq. (SBN 200396)
8 | 408 College Avenue
Santa Rosa, California 95401
9 | Telephone: (707) 545-3200
Facsimile: (707) 578-3040
10
BARRON E. RAMOS (SBN 179620)
11 | Attorney at Law, a professional corporation
132 N. El Camino Real, No. 303
12 | Encinitas, California 92924
Tel: 858-340-6019
13 | Fax: 760-994-1354

14 | HENDERSON & CAVERLY LLP
Kristen E. Caverly (SBN 175070)
15 | P.O. Box 9144
16236 San Dieguito Road, Suite 4-13
16 | Rancho Santa Fe, CA 92067
Telephone:  (858) 756-6342
17 | Facsimile:  (858) 756-4732

18 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| REYMUNDO PEREZ and JERREL DOANE, individually and on behalf of others similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SAFETY-KLEEN SYSTEMS, INC., a Wisconsin corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. C 05-05338 PJH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER VACATING PRE-TRIAL AND TRIAL DATES AND SETTING CASE MANAGEMENT CONFERENCE** |
|---|---|

1

STIP. AND PROP. ORDER VACATING PRE-TRIAL AND TRIAL DATES AND SETTING CMC -
Case Nos. 05-05338 PJH

1  Trial is presently scheduled for April 13, 2009.  The first pre-trial event is to meet and
2 confer regarding a pretrial conference statement no later than February 7, 2009.
3  In settlement conferences with Magistrate Judge Edward Chen, the parties have settled all
4 matters presently scheduled for trial, with the sole exception of the matter of attorney's fees to
5 the prevailing party.  Doc. 175.  The parties are continuing to work with Magistrate Judge Chen
6 on the matter of attorney's fees.  Docs. 177, 179.  In the event the parties are unable to resolve
7 their dispute over attorney's fees, plaintiffs would move the Court for an award of attorney's
8 fees, and the parties would brief the motion.  Accordingly, the parties agree that the present dates
9 for trial and pretrial proceedings should be vacated, and they so stipulate.
10  The settlement provides for a recovery by the class on plaintiffs' Labor Code § 226 claim
11 (itemized wage statement).  Pursuant to Fed.R.Civ. Proc 23, the settlement will need to be
12 presented to the Court for preliminary and final approval.  Plaintiffs wish the motion for
13 preliminary approval to proceed regardless of the status of the settlement discussions concerning
14 attorney's fees, as the settlement of the Labor Code § 226 claim is not contingent on resolution
15 of the fee dispute.  Defendant believes the motion for preliminary approval should include the
16 matter of attorney's fees and that, accordingly, the motion should await resolution of the
17 attorney's fees dispute.  For the purpose of resolving that particular dispute, the parties request a
18 further case management conference to be held on Thursday, January 29, 2009, at 2:30 p.m., or
19 on such date and time as mutually convenient.   In the event, the matter of attorney's fees is
20 settled before the case management conference, the parties will so notify the court.

21 DATED: January 13, 2009              SEYFARTH SHAW LLP

22                                                        */S/ Robert W. Tollen*
                                                           Robert W. Tollen
23                                                    Attorneys for Defendant
                                                      SAFETY-KLEEN SYSTEMS, INC.

DATED: January 13, 2009             EDGAR LAW FIRM
                                    THE LAW OFFICE OF BARRON RAMOS
                                    HENDERSON & CAVERLY

                                    /S/ Jeremy R. Fietz
                                    Jeremy R. Fietz
                                    Attorneys For Plaintiffs
                                    STEVEN WAMBOLDT, et al.

IT IS SO ORDERED.

Case Management Conference is set for January 29, 2009, at 2:30 p.m.

DATED: 1/14/09

_____
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

SF1 28344153.1 / 13215-000049

3

STIP. AND PROP. ORDER VACATING PRE-TRIAL AND TRIAL DATES AND SETTING CMC -
Case Nos. 05-05338 PJH