| | |
|---|---|
| 1 | EDGAR LAW FIRM |
| | Donald S. Edgar, Esq. (SBN 139324) |
| 2 | Jeremy R. Fietz, Esq. (SBN 200396) |
| | 408 College Avenue |
| 3 | Santa Rosa, California 95401 |
| | Telephone: (707) 545-3200 |
| 4 | Facsimile: (707) 578-3040 |
| 5 | BARRON E. RAMOS (SBN 179620) |
| | Attorney at Law, a professional corporation |
| 6 | 132 N. El Camino Real, No. 303 |
| | Encinitas, California 92924 |
| 7 | Tel: 858-340-6019 |
| | Fax: 760-994-1354 |
| 8 | |
| | HENDERSON & CAVERLY LLP |
| 9 | Kristen E. Caverly (SBN 175070) |
| | P.O. Box 9144 |
| 10 | 16236 San Dieguito Road, Suite 4-13 |
| | Rancho Santa Fe, CA 92067 |
| 11 | Telephone:  (858) 756-6342 |
| | Facsimile:  (858) 756-4732 |
| 12 | |
| | Attorneys for Plaintiffs |
| 13 | |
| | SEYFARTH SHAW LLP |
| 14 | Robert W. Tollen (SBN 038875) rtollen@seyfarth.com |
| | Kevin John Lesinski (SBN 110862) klesinski@seyfarth.com |
| 15 | Allison B. Moser (SBN 223065) amoser@seyfarth.com |
| | 560 Mission Street, Suite 3100 |
| 16 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 17 | Facsimile: (415) 397-8549 |
| 18 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REYMUNDO PEREZ and JERREL DOANE, individually and on behalf of others similarly situated and on behalf of the general public, | ) ) ) | Case No. C 05-05338 PJH |
| | ) | STIPULATION AND ~~PROPOSED~~ |
| Plaintiffs, | ) ) | ORDER SETTING HEARING ON FINAL APPROVAL OF CLASS SETTLEMENT |
| v. | ) ) | AND ON PLAINTIFFS' MOTION FOR ATTORNEY'S FEES |
| SAFETY-KLEEN SYSTEMS, INC., a Wisconsin corporation, and DOES 1 through 100, inclusive, | ) ) ) ) | |
| Defendant. | ) ) | |

WHEREAS, no objection to final approval of the class action settlement was filed, but

WHEREAS, the separate motion for attorney's fees will be disputed, and

WHEREAS, the Court prefers that hearing on both matters be set for the same day, and

WHEREAS, a hearing date of October 21, 2009, will accommodate the briefing schedule on the fee motion to defense counsel's vacation schedule,

NOW THEREFORE, the parties agree and stipulate that the Court may enter an order setting the hearing on both matters for October 21, 2009, at 9:00 a.m.

DATED:  August 6, 2009          BARRON E. RAMOS
                                HENDERSON & CAVERLY LLP
                                EDGAR LAW FIRM


                                By _____/s/_____
                                     Jeremy R. Fietz
                                Attorneys for Plaintiffs
                                REYMUNDO PEREZ and JERREL DOANE


DATED: August 6, 2009           SEYFARTH SHAW LLP


                                By_____/s/_____
                                Robert W. Tollen
                                Attorneys for Defendant
                                SAFETY-KLEEN SYSTEMS, INC.


IT IS SO ORDERED.

Dated:  August __10__, 2009

                                _____
                                PHYLLIS J. HAMILTON
                                UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

SF1 28365456.1 / 13215-000049

2

STIP. AND [PROP.] ORDER SETTING HRG ON FINAL APPROVAL OF CLASS SETTLEMENT AND PL'S MTN FOR ATTY FEES -  Case No. 05-05338 PJH