1 | EDGAR LAW FIRM
Donald S. Edgar, Esq. (SBN 139324)
2 | Jeremy R. Fietz, Esq. (SBN 200396)
408 College Avenue
3 | Santa Rosa, California 95401
Telephone: (707) 545-3200
4 | Facsimile: (707) 578-3040

5 | BARRON E. RAMOS (SBN 179620)
Attorney at Law, a professional corporation
6 | 132 N. El Camino Real, No. 303
Encinitas, California 92924
7 | Tel: 858-340-6019
Fax: 760-994-1354

8 |
HENDERSON CAVERLY PUM & CHARNEY LLP
9 | Kristen E. Caverly (SBN 175070)
P.O. Box 9144
10 | 16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, CA 92067
11 | Telephone:  (858) 756-6342
Facsimile:  (858) 756-4732
12 |
Attorneys for Plaintiffs
13 |
SEYFARTH SHAW LLP
14 | Robert W. Tollen (SBN 038875) rtollen@seyfarth.com
Kevin John Lesinski (SBN 110862) klesinski@seyfarth.com
15 | Sarah K. Hamilton (SBN 238819) shamilton@seyfarth.com
560 Mission Street, Suite 3100
16 | San Francisco, California 94105
Telephone: (415) 397-2823
17 | Facsimile: (415) 397-8549

18 | Attorneys for Defendant

19 | UNITED STATES DISTRICT COURT

20 | IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

21 | REYMUNDO PEREZ and JERREL DOANE,   )   Case No. C 05-05338 PJH
individually and on behalf of others similarly   )
22 | situated and on behalf of the general public,   )   STIPULATION AND [~~PROPOSED~~]
   )   ORDER FOR STAY OF JUDGMENT
23 | Plaintiffs,   )   AND APPROVAL OF SUPERSEDEAS
   )   BOND
24 | v.   )
   )
25 | SAFETY-KLEEN SYSTEMS, INC., a   )
Wisconsin corporation, and DOES 1 through 100,)
26 | inclusive,   )
   )
27 | Defendant.   )
   )
28 |

1

STIP. AND [PROP.] ORDER FOR STAY OF JUDGMENT AND APPROVAL OF SUPERSEDEAS BOND -
Case No. 05-05338 PJH

1          WHEREAS, on March 15, 2010, the Court issued an Order Granting Motion for

2    Attorney's Fees, awarding $$3,500.41 in costs and 320,497.63 in attorneys' fees to Plaintiffs.

3    Docket No. 218;

4          WHEREAS, Defendant timely filed its Notice of Appeal on April 12, 2010.  Docket No.

5    219;

6          WHEREAS, Defendant has agreed to pay, and is in the process of paying, the costs, and

7    plaintiffs have agreed to acknowledge satisfaction of that part of the order, and are in the process

8    of doing so, leaving solely the fee award for the appeal;

9          WHEREAS, Defendant has obtained a supersedeas bond from Berkeley Regional

10   Insurance Company, a recognized Federal surety, and a licensed surety in the State of California.

11   The bond from Berkeley Regional Insurance Company is in the amount of $480,746.45, which is

12   one and a half times the amount of the fee award.  A copy is attached as Exhibit A.

13         NOW THEREFORE, the parties agree and stipulate that the Court may enter an order:

14         1.       Approving the supersedeas bond attached as Exhibit A and deeming it filed;

15         2.       Staying enforcement of the award pursuant to Fed. R. Civ Pro. 62(d);

16         3.       Directing that Defendant shall notify plaintiffs' counsel within one day in the

17   event that the bond is released or not renewed or rendered null for any reason.

18
     DATED:  May 18, 2010              BARRON E. RAMOS
19                                     HENDERSON CAVERLY PUM & CHARNEY LLP
                                       EDGAR LAW FIRM
20

21                                     By   s/Jeremy R. Fietz                                    
                                       Jeremy R. Fietz
22                                     Attorneys for Plaintiffs
                                       REYMUNDO PEREZ and JERREL DOANE
23
     DATED: May 18, 2010               SEYFARTH SHAW LLP
24

25
                                       By   s/Sarah K. Hamilton                                  
26                                     Sarah K. Hamilton
                                       Attorneys for Defendant
27                                     SAFETY-KLEEN SYSTEMS, INC.

28
                                          2

STIP. AND [PROP.] ORDER FOR STAY OF JUDGMENT AND APPROVAL OF SUPERSEDEAS BOND -
                              Case No. 05-05338 PJH

1    IT IS SO ORDERED.

2

3    Dated: May  26 , 2010

4                                                    

5                                                    PHY
                                                     UNI                          UDGE
6                                                    Judge Phyllis J. Hamilton

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIP. AND [PROP.] ORDER FOR STAY OF JUDGMENT AND APPROVAL OF SUPERSEDEAS BOND -
12293650v.1                          Case No. 05-05338 PJH

# EXHIBIT A



# BERKLEY SURETY GROUP, LLC

ACADIA INSURANCE COMPANY •BERKLEY MID-ATLANTIC GROUP •BERKLEY REGIONAL INSURANCE COMPANY
CAROLINA CASUALTY INSURANCE COMPANY •CONTINENTAL WESTERN GROUP•UNION STANDARD INSURANCE GROUP

IN THE UNITED STATES DISTRICT COURT
Northern  District of California

Oakland Division

----------------------------------------------------X

Reymundo Perez, et al.

Plaintiff,

v. Safety-Kleen Systems, Inc.

Defendant.

----------------------------------------------------X

Bond Number:  017435

Civil Action No.  C 05-5338 PJH

SUPERSEDEAS BOND

WHEREAS, in the above entitled and numbered cause, judgment was entered on the  15th day of  March  , 2010 in favor of  Reymundo Perez, et al.  , and against  Safety-Kleen Systems, Inc.  for the sum of  320,497 63  , in the aggregate sum of  480,746.45  , for which judgment Safety-Kleen Systems, Inc.  desires to appeal to the United States (District Court, Northern District of California  , and

WHEREAS, Safety-Kleen Systems, Inc.  desires to suspend the execution of said judgment, pending determination of such appeal:

NOW, THEREFORE,  Berkley Regional Insurance Company  having an office and principal place of business 412 Mount Kemble Avenue Suite 310N, Morristown, NJ 07960  , as Surety, does hereby undertake in the sum of  Four hundred eighty thousand seven hundred forty six and 45/100  DOLLARS that if the above-named Defendant, Safety-Kleen Systems, Inc  , shall satisfy the judgment herein in full together with costs, interest and damages for delay, if for any reason the appeal is dismissed or if the judgment is affirmed, and shall satisfy in full such modification of the judgment and such costs, interest, damages as the Appellate Court may adjudge and award, then this obligation shall be void, otherwise the same shall be and remain in full force and virtue.

IN WITNESS WHEREOF, the Principal and Surety have hereunto set their hands and seals this 13th day of  April  , 2010

Safety-Kleen Systems, Inc.

By: _____
VICE PRESIDENT, TREASURER

Berkley Regional Insurance Company

By: _____
Barbara A. Thompson  , Attorney-in-Fact

BSG Generic Defendant Supersedeas -2/1/08                    A Berkley Company

No. 481b

### POWER OF ATTORNEY
### BERKLEY REGIONAL INSURANCE COMPANY
WILMINGTON, DELAWARE

NOTICE: The warning found elsewhere in this Power of Attorney affects the validity thereof. Please review carefully.

KNOW ALL MEN BY THESE PRESENTS, that BERKLEY REGIONAL INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Delaware, having its principal office in Urbandale, Iowa, has made, constituted and appointed, and does by these presents make, constitute and appoint: *Leslie M. Patterson, Barbara A. Thompson, Kellie A. McKinney, Carolyn E. Wheeler, Novetta M. Anderson or Loretta M. Jones of National Surety Center, a Division of Marsh USA Inc. of Knoxville, TN* its true and lawful Attorney-in-Fact, to sign its name as surety only as delineated below and to execute, seal, acknowledge and deliver any and all bonds and undertakings, with the exception of Financial Guaranty Insurance, providing that no single obligation shall exceed **Fifty Million and 00/100 Dollars ($50,000,000.00)**, to the same extent as if such bonds had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office in their own proper persons.

This Power of Attorney shall be construed and enforced in accordance with, and governed by, the laws of the State of Delaware, without giving effect to the principles of conflicts of laws thereof. This Power of Attorney is granted pursuant to the following resolutions which were duly and validly adopted at a meeting of the Board of Directors of the Company held on August 21, 2000:

"RESOLVED, that the proper officers of the Company are hereby authorized to execute powers of attorney authorizing and qualifying the attorney-in-fact named therein to execute bonds, undertakings, recognizances, or other suretyship obligations on behalf of the Company, and to affix the corporate seal of the Company to powers of attorney executed pursuant hereto; and further

RESOLVED, that such power of attorney limits the acts of those named therein to the bonds, undertakings, recognizances, or other suretyship obligations specifically named therein, and they have no authority to bind the Company except in the manner and to the extent therein stated; and further

RESOLVED, that such power of attorney revokes all previous powers issued on behalf of the attorney-in-fact named; and further

RESOLVED, that the signature of any authorized officer and the seal of the Company may be affixed by facsimile to any power of attorney or certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligation of the Company; and such signature and seal when so used shall have the same force and effect as though manually affixed. The Company may continue to use for the purposes herein stated the facsimile signature of any person or persons who shall have been such officer or officers of the Company, notwithstanding the fact that they may have ceased to be such at the time when such instruments shall be issued."

IN WITNESS WHEREOF, the Company has caused these presents to be signed and attested by its appropriate officers and its corporate seal hereunto affixed this _1_ day of _April_, 2010.

Attest:                                                    Berkley Regional Insurance Company

(Seal)    By _____         By _____
          Ira S. Lederman                                Robert P. Cole
          Senior Vice President & Secretary              Senior Vice President

**WARNING: THIS POWER INVALID IF NOT PRINTED ON BLUE "BERKLEY" SECURITY PAPER.**

STATE OF CONNECTICUT )
                     ) ss:
COUNTY OF FAIRFIELD  )

Sworn to before me, a Notary Public in the State of Connecticut, this _1_ day of _April_, 2010, by Robert P. Cole and Ira S. Lederman who are sworn to me to be the Senior Vice President, and the Senior Vice President and Secretary, respectively, of Berkley Regional Insurance Company.    **EILEEN KILLEEN**
**NOTARY PUBLIC**
MY COMMISSION EXPIRES JUNE 30, 2012    _Eileen Killeen_ Notary Public, State of Connecticut

### CERTIFICATE

I, the undersigned, Assistant Secretary of BERKLEY REGIONAL INSURANCE COMPANY, DO HEREBY CERTIFY that the foregoing is a true, correct and complete copy of the original Power of Attorney; that said Power of Attorney has not been revoked or rescinded and that the authority of the Attorney-in-Fact set forth therein, who executed the bond or undertaking to which this Power of Attorney is attached, is in full force and effect as of this date.

Given under my hand and seal of the Company, this _13th_ day of _APRIL_, _2010_.

(Seal)                                              _____
                                                    Steven Coward